UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR85 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | GOVERNMENT'S STATEMENT |
| | ) | OF POSITION ON RESTITUTION |
| DAVID G. SMITH, | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and provides to the Court the Government's statement of position on restitution, and offers the following:

## I. BACKGROUND

The Court held the sentencing hearing for the Defendant, and for related co-defendants Robert Craig Gourlay (1:11CR86) and Nicholas Dimitris (1:11CR93), on November 26, 2013. At that time the Government requested additional time to calculate the amount of restitution for all three defendants pursuant to 18 U.S.C. §3664(d)(5), which the Court granted.

## II. GOVERNMENT'S STATEMENT OF POSITION ON RESTITUTION



Case 1:11-cr-00085-MR-DLH Document 30 Filed 01/24/14 Page 1 of 6

The Government submits that the amount of restitution to which the Defendant should be ordered to pay is **$6,237,453.37**. This amount is owed to the victim banks and is calculated as follows:

| **Named Borrower** | **Victim Bank** | **Description** | **Original Loan Amount** | **Charge-Off / Loss Amount** |
|---|---|---|---|---|
| Buck Cashion | CBR | Lot Loan Program, Lot 98 | $307,500 | $306,146.40 |
| Ray Chapman | CBR/PCB | Lot Loan Program, Lot 110 | $300,000 | None[1] |
| George Gabler | CBR/PCB | Lot Loan Program, Lot 118 | $296,250 | $248,636.15 |
| Buck Cashion | CBR | Lot Loan Program, Lot 131 | $618,750 | $615,027.60 |
| Ray Chapman | CBR | Lot Loan Program, Lot 141 | $581,250 | $577,866 |
| George Gabler | CBR | Lot Loan Program, Lot 142 | $569,250 | $569,250 |
| K. Rantzos | PCB | Lot 112 | $195,000 | $162,500 |
| K. Rantzos | PCB | Lot 116 | $202,500 | $170,000 |
| K. Rantzos | PCB | Lot 122 | 273,750 | $210,300.63 |
| Dion Holdings | PCB | Lot 138 | $596,250 | $522,022.85 |
| Ed Worlund | PCB | AML Funding Loan | $650,000 | None[2] |
| Betty Zieger | PCB | BZ Straw Loan | $450,000 | None[3] |
| Betty Zieger | PCB | Payroll Loan | $50,000 | None[4] |

[1] This loan was paid off via the Quid Pro Quo scheme in September 2009 as part of the Somily loan.
[2] This loan was refinanced through RBC Bank and is being repaid by the individual who hypothecated his annuity.
[3] This loan was paid down through regular payments made by NC Four C's, and eventually was paid in full in June, 2010. Keith Vinson executed a promissory note in September 2009 to repay Zieger for this debt but never paid.

| | | | | |
|---|---|---|---|---|
| Joan Cashion | PCB | JLC Straw Loan | $850,000 | $742,000 |
| Ray Chapman | PCB | Quid Pro Quo | $1,100,000 | $934,801.77 |
| Buck Cashion | PCB | Quid Pro Quo/Jarco Loan | $1,100,000 | $342,835.57 |
| Collier Market Holdings | PCB | Quid Pro Quo | $360,000 | $104,976 |
| Somily Holdings | PCB | Quid Pro Quo | $825,000 | $731,090.40 |
| | | | | |
| **Total Restitution** | | | | **$6,237,453.37** |

## III. PAYEE INFORMATION

Of the six original loans issued through the Community Bank of Rowan (CBR), only two were purchased by Pisgah Community Bank (PCB) as promised. Thus the restitution payee for the remaining four CBR loans would be VantageSouth Bank, the institution that later merged with CBR.

VantageSouth Bank
322 East Innes Street
Salisbury, NC 28144

Pisgah Community Bank was shut down by the FDIC, so the FDIC would be the recipient of restitution.

FDIC as Receiver for Pisgah Community Bank
FDIC Restitution Payments
P.O. Box 971774
Dallas, TX 75397-1774

[4] Paid in full in July 2009, with proceeds from an $80,000 loan from PCB to Ray Chapman (which in turn was rolled into the Quid Pro Quo scheme).

## IV. JOINT AND SEVERAL LIABILITY

The Defendant's liability should be joint and several with the following co-defendants:

- **All Loans:** David G. Smith, Avery Ted Cashion, III, Raymond M. Chapman, Thomas E. Durham, Jr., and Keith Arthur Vinson.
- **Gabler Loans and Ed Worlund Loan Only:** George M. Gabler (in addition to the parties listed previously).
- **Dion Holdings and Quid Pro Quo Loans Only:** Nicholas Dimitris (in addition to the parties listed previously).
- **All Loans Except the Ed Worlund Loan, the Betty Zieger Loans, and the Jarco Loan:** Aaron Ollis (in addition to the parties listed previously).
- Any other persons who may be found to be liable.

## V. CONSULTATION

As required by this Court's order, the Government consulted with defense counsel in an effort to arrive at a stipulation concerning this amount of restitution. The Government provided supplemental discovery setting forth the charge-off amounts and work product in the form of a spreadsheet detailing the loss figures. As of this date the Government has received no response from the Defendant regarding this loss amount, so the Government is filing this statement of position on restitution as required by the Court.

RESPECTFULLY SUBMITTED, this the 24th day of January, 2014.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s Don Gast
____________________________

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically via ECF and was served on counsel for the Defendant via ECF. The email address for defense counsel is listed in ECF as follows:

Jack W. Stewart, Jr. jack@jackstewartlaw.com

This the 24th day of January, 2014.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s Don Gast
______________________________

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov